**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| **CUOZZO SPEED TECHNOLOGIES LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**FUJITSU TEN CORP. OF AMERICA, INC.,**<br><br>Defendant. | Civil Action No.<br><br>**JURY TRIAL DEMANDED** |

**ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT**

This is an action for patent infringement in which Cuozzo Speed Technologies LLC ("Cuozzo" or "Plaintiff") makes the following allegations against Fujitsu Ten Corp. of America, Inc. ("Fujitsu" or "Defendant"):

**PARTIES**

1. Plaintiff Cuozzo is a New Jersy limited liability company, having a principal place of business at 208 West State St., Trenton, New Jersey 08608.

2. Defendant Fujitsu is a corporation organized and existing under the laws of the State of California, having its principal place of business at 20100 S. Western Avenue, Torrance, CA 90501. Fujitsu can be served through its registered agent: C T Corporation System, 818 West Seventh St., 2nd Fl., Los Angeles, CA 90017.

**JURISDICATION AND VENUE**

3. This action arises under the patent laws of the United States, Title 35 of the United States Code. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

4. Venue is proper in this District under 28 U.S.C. §§ 1391(c) and 1400(b). On information and belief, Defendant has transacted business in this District, and has committed and/or induced acts of patent infringement in this District.

5. On information and belief, Defendant is subject to this Court's specific and general personal jurisdiction pursuant to due process and/or the Texas Long Arm Statue, due at least to its substantial business in this forum, including: (i) at least a portion of the infringements alleged herein; and (ii) regularly doing or soliciting business, engaging in other persistent courses of conduct, and/or deriving substantial revenue from goods and services provided to individuals in Texas and in this Judicial District.

## GENERAL ALLEGATIONS

6. Plaintiff is the owner by assignment of United States Patent No. 6,778,074 ("the '074 Patent") titled "Speed Limit Indicator and Method for Displaying Speed and the Relevant Speed Limit." The '074 Patent issued on August 17, 2004. A true and correct copy of the '074 Patent is hereto attached as **Exhibit A**.

7. The '074 Patent is presumed valid and enforceable under 35 U.S.C. § 282.

8. Since the '074 Patent issued, mobile device manufacturers, software developers, and GPS navigation system manufacturers, including Fujitsu, have recognized the value of Cuozzo's invention and developed and sold products and services meeting each and every claim element or practicing each and every step of the claims of the '074 Patent.

9. Fujitsu manufactures, sells, offers to sell, imports, and distributes GPS-based navigation systems that provide speed limit warnings to alert drivers that they are exceeding the speed limit.

10. Cuozzo owns all right, title, and interest to the '074 Patent, including the exclusive right to enforce the '074 Patent, the exclusive right to license the '074 Patent, and the exclusive right to seek and collect all past and future monetary or injunctive relief for infringement of the '074 Patent.

## COUNT I
## INFRINGEMENT OF U.S. PATENT NO. 6,778,074

11. Upon information and belief, Defendant has been and is now infringing the '074 Patent in the State of Texas, in this Judicial District, and elsewhere in the United States, by, among other things, methods practiced on various Fujitsu products (including, without limitation, the Eclipse AVN726E), for providing a GPS based speed limit warning to alert drivers that they are exceeding the speed limit, covered by one or more claims of the '074 Patent to the injury of Cuozzo.  Defendant is directly infringing, literally infringing, and/or infringing the '074 Patent under the doctrine of equivalents.  Defendant is thus liable for infringement of the '074 Patent pursuant to 35 U.S.C. § 271.

12. On information and belief, to the extent any marking was required by 35 U.S.C. § 287, all predecessors in interest to the '074 Patent complied with any such requirements.

13. As a result of Defendant's infringement of the '074 Patent, Plaintiff has suffered monetary damages and is entitled to a money judgment in an amount adequate to compensate for Defendant's infringement, but in no event less than a reasonable royalty for the use made of Cuozzo's invention by Defendant, together with interest and costs as fixed by the Court, and Plaintiff will continue to suffer damages in the future unless Defendant's infringing activities are enjoined by this Court.

14. Unless a permanent injunction is issued enjoining Defendant and its agents, servants, employees, representatives, affiliates, and all others acting on in active concert therewith from infringing the '074 Patent, Plaintiff will be greatly and irreparably harmed.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court enter:

1. A judgment in favor of Plaintiff that Defendant has infringed the '074 Patent;

2. A permanent injunction enjoining Defendant and its officers, directors, agents servants, affiliates, employees, divisions, branches, subsidiaries, parents, and all others acting in active concert therewith from infringement, inducing the infringement of, or contributing to the infringement of the '074 Patent, or such other equitable relief the Court determines is warranted;

3. A judgment and order requiring Defendant to pay to Plaintiff its damages, costs, expenses, and prejudgment and post-judgment interest for Defendant's infringement of the '074 Patent as provided under 35 U.S.C. § 284, and an accounting of ongoing post-judgment infringement; and

4. Any and all other relief, at law or equity, to which Plaintiff may show itself to be entitled.

## DEMAND FOR JURY TRIAL

Cuozzo, under Rule 38 of the Federal Rules of Civil Procedure, requests a trial by jury of any issues so triable by right.

DATED June 17, 2014.                Respectfully submitted,
                                    By: /s/ *Hao Ni*
                                    Hao Ni
                                    Texas Bar No. 24047205
                                    hni@nilawfirm.com
                                    Timothy T. Wang
                                    Texas Bar No. 24067927
                                    twang@nilawfirm.com
                                    Neal G. Massand
                                    Texas Bar No. 24039038
                                    nmassand@nilawfirm.com
                                    Stevenson Moore V
                                    Texas Bar No. 24076573
                                    smoore@nilawfirm.com

                                    **Ni, Wang & Massand, PLLC**
                                    8140 Walnut Hill Ln., Ste. 310
                                    Dallas, TX 75231
                                    Tel: (972) 331-4600
                                    Fax: (972) 314-0900

                                    **ATTORNEYS FOR PLAINTIFF CUOZZO SPEED TECHNOLOGIES LLC**